**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **16–40877**
**MARIA D. PONCE**

                Debtor

Adversary Proceeding No. **22–00015**
**MARIA D. PONCE**

                Plaintiff

v.

**PENNYMAC CORP. BY PENNYMAC LOAN SERVICES, LLC**

                Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** PENNYMAC CORP. BY PENNYMAC LOAN SERVICES, LLC

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Mohammed Badwan** |
| **2500 S. Highland Avenue** |
| **Suite 200** |
| **Lombard, IL 60148** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | | **Status Hearing Date and Time** |
|---|---|---|
| | **Appear Using Zoom for Government Judge Barnes** | **03/07/2022 at 01:30PM** |
| | **By video, use link: https://www.zoomgov.com/** | |
| | **By telephone, call 1–669–254–5252 or 1–646–828–7666.** | |
| | **Enter the meeting ID 161 329 5276 and passcode 433658.** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued
**01 / 24 / 2022**



Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012