# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 13 |
| MARIA PONCE, | ) | |
| | ) | |
| | ) | Case No. 16-bk-40877 |
| | ) | |
| Debtor. | ) | |
| | ) | Honorable Timothy A. Barnes |

## NOTICE OF MOTION

**To**: PennyMac Loan Services, LLC c/o Counsel (ECF)
Chapter 13 Trustee (via ECF)

**PLEASE TAKE NOTICE** that on **May 12, 2022, at 02:00 p.m.**, I will appear before the Honorable Timothy A. Barnes, or any Judge sitting in his place, and present **Debtor's Motion to Extend Deadline to File Response to Motion to Dismiss Adversary Proceeding**, a copy of which is attached.

**This Motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. (2) Enter the meeting ID **161 329 5276** . (3) Enter the passcode **433658**.

**To appear by telephone,** call Zoom for Government at (669) 254-5252 or (646) 828-7666. Then enter the meeting ID and password.

**When prompted identify yourself by stating your full name.**

**To reach Judge Barnes' web page go to** www.ilnb.uscourts.gov **and click on the tab for Judges.**

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the Motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without hearing.

1

        **MARIA PONCE**

        By: *Mohammed O. Badwan*

        Mohammed O. Badwan, Esq.
        *Counsel for Debtor*
        Sulaiman Law Group, Ltd.
        2500 S. Highland Ave., Suite 200
        Lombard, IL 60148
        Phone (630) 575-8180
        mbadwan@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Motion and the attached Motion was served upon Defendant and the Chapter 13 Trustee by electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Northern District of Illinois on the date hereof.

        /s/ *Mohammed O. Badwan*

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: <br><br> MARIA PONCE <br><br> Debtor. <br><br> ———————————————— <br><br> MARIA PONCE, individually, and behalf of all others similarly situated, <br><br> Plaintiff <br><br> v. <br><br> PENNYMAC LOAN SERVICES, LLC, <br><br> Defendant. | Case No. 1:16-bk-40877 <br><br> Chapter 13 <br><br> Honorable Timothy A. Barnes <br><br> Adversary No. 1:22-ap- 00015 |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS ADVERSARY PROCEEDING**

**NOW COMES** MARIA PONCE ("Plaintiff"), by and through her undersigned counsel, moving this Honorable Court to extend the deadline for Plaintiff to file her response to Defendant PENNYMAC LOAN SERVICES, LLC's ("Defendant") Motion to Dismiss Adversary Proceeding, and in support thereof, stating as follows:

1. On January 24, 2022, Plaintiff filed the instant class action against Defendant seeking redress for violations of Fed. R. Bankr. P. 3002.1(c). [Dkt. 1]

2. On March 28, 2022, Defendant, after receiving an extension to submit its responsive pleading, filed a Motion to Dismiss Plaintiff's claims in their entirety ("Defendant's Motion"). [Dkt. 9]

3

3. On April 7, 2022, the Court entered an Order requiring Plaintiff to file her response to Defendant's Motion on or before May 5, 2022. [Dkt. 15].

4. The Parties are currently engaged in fruitful settlement discussions and are cautiously optimistic that they will be able to resolve this matter through settlement.

5. In light of the promising settlement discussions, Plaintiff is requesting a 14-day extension, through May 19, 2022, to submit her response to Defendant's Motion.

6. Plaintiff's counsel conferred with Defendant's counsel regarding the relief sought herein and Defendant has no objection.

7. The extension is sought in good faith and will not prejudice Defendant.

8. Based on the foregoing, there is good cause to grant the extension sought herein.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an order (1) extending the deadline for Plaintiff to submit her response to Defendant's Motion through May 19, 2022; (2) extending the deadline for Defendant to submit its reply through June 16, 2022; and (3) granting any further relief this Court deems appropriate.

Dated: May 5, 2022                                            Respectfully submitted,

/s/ *Mohammed O. Badwan*
Mohammed O. Badwan, Esq.
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60137
Phone (630) 575-8180
Fax: (630) 575-8188
mbadwan@sulaimanlaw.com